# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ABDUR RAHEEM MUHAMMAD,

        Petitioner

        v.

ARTHUR CARL SCHWOTZER; GREGG
A. SCHWOTZER AND THE ESTATE OF
GREGG A. SCHWOTZER (DECEASED);
W. REID HOWE; RYAN SCHWOTZER;
DAMIAN WINCHEL; ANNA MASON;
JINADA ROCHELLE; CHRISTINE E.
RICE; JOANN L. EDWARDS; STEPHEN
A. GLASSMAN; ARBERDELLA WHITE-
DAVIS; JAMES D. HOLT; HOMER C.
FLOYD; TOM CORBETT; EDWARD G.
RENDELL; CROSSGATES
MANAGEMENT INCORPORATED D/B/A
SWISSVALE TOWERS ASSOCIATION;
PENNSYLVANIA HUMAN RELATIONS
COMMISSION; PENNSYLVANIA
HOUSING FINANCE AGENCY AND THE
COMMONWEALTH OF PENNSYLVANIA,

        Respondents

No. 8 EAL 2016

Petition for Allowance of Appeal from
the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of February, 2016, the Petition for Allowance of Appeal
is **DISMISSED**.  See Pa.R.A.P. 1112(a), (b).

    Justice Eakin did not participate in the consideration or decision of this matter.